# United States Court of Appeals

### For the Eighth Circuit

_____

No. 25-3128

_____

United States of America

*Plaintiff - Appellee*

v.

Fernando Valenzuela

*Defendant - Appellant*

_____

Appeal from United States District Court
for the District of South Dakota - Western

_____

Submitted: July 15, 2026
Filed: July 20, 2026
[Unpublished]

_____

Before ERICKSON, GRASZ, and STRAS, Circuit Judges.

_____

PER CURIAM.

Fernando Valenzuela appeals the district court's[1] denial of a sentence reduction under 18 U.S.C. § 3582(c)(2). His counsel has filed a motion to withdraw and has filed a brief challenging the denial.

Upon careful review, we conclude that the district court did not abuse its discretion in concluding that though Valenzuela was eligible for a reduction, none was warranted. See United States v. Alcantar Mercado, 144 F.4th 1054, 1057 (8th Cir. 2025) (standard of review). The district court stated it had reviewed the 18 U.S.C. § 3553(a) factors and concluded the 135-month prison term initially imposed remained the appropriate punishment. See Chavez-Meza v. United States, 585 U.S. 109, 118-19 (2018) (district court's certification that it had considered petitioner's motion and accounted for § 3553(a) factors and relevant Federal Sentencing Guidelines policy statements sufficed to show consideration of arguments and reasoned basis for decision).

Accordingly, we grant counsel's motion to withdraw and affirm.

_____

[1]The Honorable Karen E. Schreier, United States District Judge for the District of South Dakota.